AMELIA F. BAKER, Respondent, *v.* ELIZA A. MOTT et al., Appellants.

*Baker* v. *Mott*, 78 Hun, 141, affirmed.
(Argued March 3, 1897; decided March 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered May 21, 1894, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry A. Monfort* for appellants.

*Frederick R. Baker* and *T. C. Campbell* for respondent

Judgment affirmed, with costs, on opinion below.
All concur.

---

JOHN FLYNN, Appellant, *v.* GEORGE D. LATHROP, as Administrator of PHILIP DOUGHERTY, Deceased, Respondent.

*Flynn* v. *Lathrop*, 73 Hun, 616, affirmed.
(Argued March 3, 1897; decided March 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered December 22, 1893, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*C. L. Andrus* for appellant.

*Samuel S. Edick* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting.